Fill in this information to identify the case:

Debtor 1      David Bradley Vaughn

Debtor 2      Misty Dawn Vaughn
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Texas

Case number    15-35165

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust N.A., as Trustee of Bungalow Series F Trust

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account:  7  6  6  4

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

☑ Yes.  Date of the last notice: 06/20/2016

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges |  | (1) | $ |
| 2. Non-sufficient funds (NSF) fees |  | (2) | $ |
| 3. Attorney fees |  | (3) | $ |
| 4. Filing fees and court costs |  | (4) | $ |
| 5. Bankruptcy/Proof of claim fees |  | (5) | $ |
| 6. Appraisal/Broker's price opinion fees |  | (6) | $ |
| 7. Property inspection fees |  | (7) | $ |
| 8. Tax advances (non-escrow) | 12/10/18, 12/19/18, 1/28/19, 1/31/19 | (8) | $ 6,873.65 |
| 9. Insurance advances (non-escrow) |  | (9) | $ |
| 10. Property preservation expenses.  Specify: |  | (10) | $ |
| 11. Other.  Specify: |  | (11) | $ |
| 12. Other.  Specify: |  | (12) | $ |
| 13. Other.  Specify: |  | (13) | $ |
| 14. Other.  Specify: |  | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2                    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**                    page 1

Debtor 1   David   Bradley   Vaughn                         Case number (*if known*)  15-35165
          First Name  Middle Name  Last Name

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ Lauren Sanders                                    Date  04/04/2019
  Signature

Print:   Lauren            Sanders                   Title  Bankruptcy Specialist
         First Name   Middle Name   Last Name

Company  BSI Financial Services

Address  7505 Irvine Center Drive
         Number         Street
         Irvine                         CA    92618
         City                           State  ZIP Code

Contact phone  949-201-4287             Email  _____

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the 4th day of April, 2019. Said Notice was filed electronically. Service was accomplished by the method and to the following as indicated.

                                By: /s/ Richard Anderson
                                RICHARD E. ANDERSON
                                State Bar No. 01209010
                                4920 Westport Drive
                                The Colony, Texas 75056
                                Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Daid Bradley Vaughn
13103 Labelle Lane
Houston, TX 77015

DEBTOR
Misty Dawn Vaughn
13103 Labelle Lane
Houston, TX 77015

DEBTORS' ATTORNEY
Azwar-Radi M. Rashid
Rashid Law Firm, P.C.
PO Box 61212,
Houston, TX77208

TRUSTEE
William E. Heitkamp
9821 Katy Freeway, Ste 590
Houston, TX 77024

U.S. TRUSTEE
US Tustee
515 Rusk Avenue, Ste 3516
Houston, TX 77002

CREDITOR ATTORNEY

| | | |
|---|---|---|
| **Andrew Goldberg**<br>Rosicki, Rosicki & Associates, P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803<br>516-741-2585<br>516-873-7244 (fax)<br>Bkmail@rosicki.com<br>  *Assigned: 02/09/2016* | representing | **Federal National Mortgage Association**<br>c/o Rosicki, Rosicki & Associates<br>51 E. Bethpage Road<br>Plainview, NY 11803<br>*(Creditor)* |
| **Cole D. Patton**<br>McCarthy & Holthus, LLP<br>1255 West 15th Street<br>Suite 1060<br>Plano, TX 75075<br>214-291-3800<br>214-291-3801 (fax)<br>mhtbkanhsselffilings@mccarthyholthus.com<br>  *Assigned: 08/26/2016* | representing | **Seterus, Inc.**<br>PO Box 1047<br>Hartford, CT 06143<br>*(Creditor)* |
| **Azwar-Radi M. Rashid**<br>Rashid Law Firm, P.C.<br>PO BOX 61212<br>Houston, TX 77208<br>713-985-9240<br>832-900-4932 (fax)<br>cmecfrashid@gmail.com<br>  *Assigned: 10/02/2015* | representing | **David Bradley Vaughn**<br>13103 Labelle Ln.<br>Houston, TX 77015<br>*(Debtor)* |
| | | **Misty Dawn Vaughn**<br>13103 Labelle Ln.<br>Houston, TX 77015<br>*(Joint Debtor)* |
| **Yoshie Valadez**<br>McCarthy & Holthus, LLP<br>1255 West 15th Street<br>Suite 1060<br>Plano, TX 75075<br>214-291-3800<br>214-291-3801 (fax)<br>mhtbkanhsselffilings@mccarthyholthus.com<br>  *Assigned: 09/11/2018* | representing | **Seterus, Inc.**<br>PO Box 1047<br>Hartford, CT 06143<br>*(Creditor)* |

/s/ Richard E. Anderson
RICHARD E. ANDERSON

| Date Posted | Effective Date | Paid to Date | Transaction Description | Total Amount |
|---|---|---|---|---|
| 6/23/2017 | 6/23/2017 | 12/1/2015 | Ins Enmasse | ($13.37) |
| 9/29/2017 | 9/29/2017 | 2/1/2016 | Ins Enmasse | ($426.00) |
| 11/28/2017 | 11/28/2017 | 3/1/2016 | Tax Enmasse | ($2,516.82) |
| 12/6/2017 | 12/6/2017 | 3/1/2016 | Tax Enmasse | ($1,408.06) |
| 12/14/2017 | 12/14/2017 | 4/1/2016 | Tax Enmasse | ($402.49) |
| 6/4/2018 | 6/4/2018 | 4/1/2016 | Ins Enmasse | ($379.00) |
| 12/10/2018 | 12/10/2018 | 6/1/2016 | Tax Enmasse | ($1,405.32) |
| 12/19/2018 | 12/19/2018 | 6/1/2016 | Tax Enmasse | ($402.49) |
| 1/28/2019 | 1/28/2019 | 6/1/2016 | Tax Manual | ($2,532.92) |
| 1/31/2019 | 1/31/2019 | 6/1/2016 | Tax Manual | ($2,532.92) |